MADLYN FORD, on Behalf of Herself and All Other Persons Similarly Situated, Respondent, v. JOSEPH CURRAN, Individually and as President of the National Maritime Union of America (C. I. O.), et al., Appellants.— In an action to declare null and void a national election of a labor organization and for other relief, defendants appeal from an order denying a motion to change the place of trial from Suffolk County to New York County. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

HUDSON RIVER YARDS CORPORATION, Respondent, v. MORANO CONSTRUCTION CORPORATION, Appellant, and EUGENE VARIAN et al., Respondents, et al., Defendant.— In this materialman's action against the property owner, the general contractors and another to foreclose a mechanic's lien, only a general contractor was served with the summons and complaint within sixty days after the filing of the lis pendens. The owner thereafter moved to vacate and discharge of record the lis pendens. (Civ. Prac. Act, §§ 120, 123.) Until the making of said motion there were negotiations toward settlement. Special Term denied the motion. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

CITY OF NEW YORK, Respondent, v. GERALD D. NELSON et al., as Successor Trustees under the Will of WILLIAM NELSON, Deceased, et al., Appellants.— The former owners of two parcels of real property, title to which had been acquired by respondent through in rem foreclosure, appeal from two orders denying their motions, pursuant to section 108 of the Civil Practice Act, to relieve them from default judgments entered in the foreclosure actions, and for other relief. Orders affirmed, without costs. (City of Peekskill v. Perry, 272 App. Div. 940; City of New York v. Lynch, 281 App. Div. 1038, affd. 306 N. Y. 809; Town of Somers v. Covey, 283 App. Div. 883.) Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur. [See post, p. 980.]

In the Matter of the Accounting of MANUFACTURERS TRUST COMPANY, as Successor Trustee under the Will of EUGENE L. MAXWELL, Deceased, Respondent. GERALD K. GEDDES et al., Infants, by GEORGE ROSLING, Their Special Guardian, Appellants; MARY M. DAVIS, Respondent.— Appeal by the special guardian for infants from that part of a decree of the Surrogate's Court, Kings County, which construes a will as vesting a successor fiduciary with powers specifically granted to the first-named fiduciaries. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.